NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Courtney Yant,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>U.S. Collections West Incorporated,<br><br>　　　　　　Defendant. | No. CV-15-01354-PHX-JJT<br><br>**ORDER** |

　　Upon stipulation of the parties (Doc. 17), and good cause appearing;

　　IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

　　Dated this 21st day of January, 2016.

_____
Honorable John J. Tuchi
United States District Judge